```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LAURIE CHAMEIDES,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :          22-cv-7650 (VSB)
              -against-                                    :
                                                           :             ORDER
                                                           :
MOUNT SINAI HEALTH SYSTEM, INC.                            :
and LAUDY BURGOS, individually,                            :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  On September 14, 2022, I received a stipulation from the parties requesting an extension for Defendants to respond to the complaint to November 2, 2022.

  The parties are reminded that, pursuant to Rule 1.G. of my Individual Rules & Practices in Civil Cases, all requests for adjournments or extensions of time must be made in writing and filed on ECF as letter-motions. The letter-motion must state the following: (1) the original due date; (2) the number of previous requests for adjournments or extensions of time; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the specific reasons for the adjournment or extension of time. Failure to do so in the future may result in denial of the request without prejudice.

  As this is the first request for an extension in this matter, I hereby GRANT the extension to November 2, 2022.

SO ORDERED.

Dated: September 15, 2022
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge